# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| | | | | | |
|---|---|---|---|---|---|
| Case No.: | 20-42102 | | Trustee Name: | | Karen E. Evangelista |
| Case Name: | SALEH, SAMIR | | Date Filed (f) or Converted (c): | | 02/14/2020 (f) |
| For the Period Ending: | 12/31/2022 | | §341(a) Meeting Date: | | 03/25/2020 |
| | | | Claims Bar Date: | | 01/05/2023 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **Ref. #** | | | | | |
| 1  1960 Bluegrass Rochester MI 48306-0000 | $500,000.00 | $500,000.00 | | $0.00 | FA |
| 2  Normal Household Goods and Furnishings majority of items over 10 years old | $3,000.00 | $0.00 | | $0.00 | FA |
| 3  Normal Electronics majority of items over 10 years old | $1,000.00 | $0.00 | | $0.00 | FA |
| 4  Men's Clothings | $1,500.00 | $0.00 | | $0.00 | FA |
| 5  Wedding band | $500.00 | $0.00 | | $0.00 | FA |
| 6  Cash | $100.00 | $0.00 | | $0.00 | FA |
| 7  Mezza Rochester LLC- Liabilities exceed assets % | $1.00 | $9,999.00 | | $0.00 | FA |
| 8  Mezza Grille Production LLC-Liabilities Exceed Assets-Not operating % | $1.00 | $0.00 | | $0.00 | FA |
| 9  Protective Life Insurance (u) | $22,991.78 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Asset added per amended scheduled filed on 6/7/2021, docket #100. | | | | | |
| 10  Veterinarian Settlement (u) | $800.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Asset added per amended scheduled filed on 6/7/2021, docket #100. | | | | | |
| 11  Claim against insider of the debtor (u) | $0.00 | $25,800.00 | | $22,500.00 | $3,300.00 |
| **Asset Notes:** Order Granting Trustee's Motion For Authority To Settle entered on 11/21/2020, docket #134. Motion to Approve Compromise under Rule 9019 filed on 10/10/2022, docket #126. | | | | | |

**TOTALS (Excluding unknown value)**    **Gross Value of Remaining Assets**

$529,893.78    $535,799.00    $22,500.00    $3,300.00

**Major Activities affecting case closing:**

12/02/2022  Trustee with the assistance of counsel is investigated the value of all assets. Counsel underwent discovery and conducted a 2004 of the Debtor. She filed an adversary against the Debtor for the transfer of assets. That litigation was resolved and a . Motion for Authority to Settle approved and Order entered. Initial funds received and payments are current. Once payments are received in full, she will go to TFR

| | | | |
|---|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 02/14/2022 | /s/ KAREN E. EVANGELISTA | |
| **Current Projected Date Of Final Report (TFR):** | 02/04/2023 | KAREN E. EVANGELISTA | |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 1

| | |  | | |
|---|---|---|---|---|
| **Case No.** | 20-42102 | | **Trustee Name:** | Karen E. Evangelista |
| **Case Name:** | SALEH, SAMIR | | **Bank Name:** | Pinnacle Bank |
| **Primary Taxpayer ID #:** | **-***0310 | | **Checking Acct #:** | ******0324 |
| **Co-Debtor Taxpayer ID #:** | | | **Account Title:** | |
| **For Period Beginning:** | 01/01/2022 | | **Blanket bond (per case limit):** | $2,000,000.00 |
| **For Period Ending:** | 12/31/2022 | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/01/2022 | (11) | Chase bank | Order Granting Trustee's Motion for Authority to Settle with Mark Saleh P/O 11/21/2022, docket #134. | 1249-000 | $15,000.00 | | $15,000.00 |
| 12/20/2022 | (11) | Chase - Cashiers check | Order Granting Trustee's Motion for Authority to Settle with Mark Saleh P/O 11/21/2022, docket #134. | 1249-000 | $7,500.00 | | $22,500.00 |

|  |  |  |  |
|---|---|---|---|
| **TOTALS:** | $22,500.00 | $0.00 | $22,500.00 |
| **Less: Bank transfers/CDs** | $0.00 | $0.00 | |
| **Subtotal** | $22,500.00 | $0.00 | |
| **Less: Payments to debtors** | $0.00 | $0.00 | |
| **Net** | $22,500.00 | $0.00 | |

| For the period of 01/01/2022 to 12/31/2022 | | For the entire history of the account between 12/01/2022 to 12/31/2022 | |
|---|---|---|---|
| Total Compensable Receipts: | $22,500.00 | Total Compensable Receipts: | $22,500.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $22,500.00 | Total Comp/Non Comp Receipts: | $22,500.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No.** 20-42102 | **Trustee Name:** | Karen E. Evangelista |
| **Case Name:** SALEH, SAMIR | **Bank Name:** | Pinnacle Bank |
| **Primary Taxpayer ID #:** **-***0310 | **Checking Acct #:** | ******0324 |
| **Co-Debtor Taxpayer ID #:** | **Account Title:** | |
| **For Period Beginning:** 01/01/2022 | **Blanket bond (per case limit):** | $2,000,000.00 |
| **For Period Ending:** 12/31/2022 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | $22,500.00 | $0.00 | $22,500.00 |

**For the period of 01/01/2022 to 12/31/2022**

| | |
|---|---|
| Total Compensable Receipts: | $22,500.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $22,500.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 12/01/2022 to 12/31/2022**

| | |
|---|---|
| Total Compensable Receipts: | $22,500.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $22,500.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ KAREN E. EVANGELISTA

KAREN E. EVANGELISTA