# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| Case No.: | 20-42102 | | Trustee Name: | Karen E. Evangelista |
|---|---|---|---|---|
| Case Name: | SALEH, SAMIR | | Date Filed (f) or Converted (c): | 02/14/2020 (f) |
| For the Period Ending: | 03/03/2023 | | §341(a) Meeting Date: | 03/25/2020 |
| | | | Claims Bar Date: | 01/05/2023 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | 1960 Bluegrass Rochester MI 48306-0000 | $500,000.00 | $500,000.00 | | $0.00 | FA |
| 2 | Normal Household Goods and Furnishings majority of items over 10 years old | $3,000.00 | $0.00 | | $0.00 | FA |
| 3 | Normal Electronics majority of items over 10 years old | $1,000.00 | $0.00 | | $0.00 | FA |
| 4 | Men's Clothings | $1,500.00 | $0.00 | | $0.00 | FA |
| 5 | Wedding band | $500.00 | $0.00 | | $0.00 | FA |
| 6 | Cash | $100.00 | $0.00 | | $0.00 | FA |
| 7 | Mezza Rochester LLC- Liabilities exceed assets % | $1.00 | $9,999.00 | | $0.00 | FA |
| 8 | Mezza Grille Production LLC-Liabilities Exceed Assets-Not operating % | $1.00 | $0.00 | | $0.00 | FA |
| 9 | Protective Life Insurance (u) | $22,991.78 | $0.00 | | $0.00 | FA |
| Asset Notes: | Asset added per amended scheduled filed on 6/7/2021, docket #100. | | | | | |
| 10 | Veterinarian Settlement (u) | $800.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Asset added per amended scheduled filed on 6/7/2021, docket #100. | | | | | |
| 11 | Claim against insider of the debtor (u) | $0.00 | $25,800.00 | | $23,100.00 | $2,700.00 |
| Asset Notes: | Order Granting Trustee's Motion For Authority To Settle entered on 11/21/2020, docket #134. Motion to Approve Compromise under Rule 9019 filed on 10/10/2022, docket #126. | | | | | |

**TOTALS (Excluding unknown value)**  **Gross Value of Remaining Assets**

$529,893.78    $535,799.00    $23,100.00    $2,700.00

**Major Activities affecting case closing:**

12/02/2022    Trustee with the assistance of counsel is investigated the value of all assets. Counsel underwent discovery and conducted a 2004 of the Debtor. She filed an adversary against the Debtor for the transfer of assets. That litigation was resolved and a . Motion for Authority to Settle approved and Order entered. Initial funds received and payments are current. Once payments are received in full, she will go to TFR

| | | |
|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 02/14/2022 | /s/ KAREN E. EVANGELISTA |
| **Current Projected Date Of Final Report (TFR):** | 02/28/2026 | KAREN E. EVANGELISTA |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | | |
|---|---|---|---|---|
| **Case No.** | 20-42102 | | **Trustee Name:** | Karen E. Evangelista |
| **Case Name:** | SALEH, SAMIR | | **Bank Name:** | Pinnacle Bank |
| **Primary Taxpayer ID #:** | **-***0310 | | **Checking Acct #:** | ******0324 |
| **Co-Debtor Taxpayer ID #:** | | | **Account Title:** | |
| **For Period Beginning:** | 02/14/2020 | | **Blanket bond (per case limit):** | $2,000,000.00 |
| **For Period Ending:** | 03/03/2023 | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/01/2022 | (11) | Chase bank | Order Granting Trustee's Motion for Authority to Settle with Mark Saleh P/O 11/21/2022, docket #134. | 1249-000 | $15,000.00 | | $15,000.00 |
| 12/20/2022 | (11) | Chase - Cashiers check | Order Granting Trustee's Motion for Authority to Settle with Mark Saleh P/O 11/21/2022, docket #134. | 1249-000 | $7,500.00 | | $22,500.00 |
| 01/05/2023 | 3001 | INSURANCE PARTNERS | Bond Payment | 2300-000 | | $11.62 | $22,488.38 |
| 01/19/2023 | (11) | Chase Bank | Order Granting Trustee's Motion for Authority to Settle with Mark Saleh P/O 11/21/2022, docket #134. | 1249-000 | $300.00 | | $22,788.38 |
| 02/27/2023 | (11) | Chase | Order Granting Trustee's Motion for Authority to Settle with Mark Saleh P/O 11/21/2022, docket #134. | 1249-000 | $300.00 | | $23,088.38 |
| | | **TOTALS:** | | | $23,100.00 | $11.62 | $23,088.38 |
| | | **Less: Bank transfers/CDs** | | | $0.00 | $0.00 | |
| | | **Subtotal** | | | $23,100.00 | $11.62 | |
| | | **Less: Payments to debtors** | | | $0.00 | $0.00 | |
| | | **Net** | | | $23,100.00 | $11.62 | |

| For the period of 02/14/2020 to 03/03/2023 | | For the entire history of the account between 12/01/2022 to 3/3/2023 | |
|---|---|---|---|
| Total Compensable Receipts: | $23,100.00 | Total Compensable Receipts: | $23,100.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $23,100.00 | Total Comp/Non Comp Receipts: | $23,100.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $11.62 | Total Compensable Disbursements: | $11.62 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements | $0.00 |
| Total Comp/Non Comp Disbursements: | $11.62 | Total Comp/Non Comp Disbursements | $11.62 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No. | 20-42102 | Trustee Name: Karen E. Evangelista |
| Case Name: | SALEH, SAMIR | Bank Name: Pinnacle Bank |
| Primary Taxpayer ID #: | **-***0310 | Checking Acct #: ******0324 |
| Co-Debtor Taxpayer ID #: | | Account Title: |
| For Period Beginning: | 02/14/2020 | Blanket bond (per case limit): $2,000,000.00 |
| For Period Ending: | 03/03/2023 | Separate bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | $23,100.00 | $11.62 | $23,088.38 |

**For the period of 02/14/2020 to 03/03/2023**

| | |
|---|---|
| Total Compensable Receipts: | $23,100.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $23,100.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $11.62 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $11.62 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 12/01/2022 to 3/3/2023**

| | |
|---|---|
| Total Compensable Receipts: | $23,100.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $23,100.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $11.62 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $11.62 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ KAREN E. EVANGELISTA

KAREN E. EVANGELISTA